No. 95-2074. CITY OF BOERNE *v.* FLORES, ARCHBISHOP OF SAN ANTONIO, ET AL. C. A. 5th Cir. [Certiorari granted, *ante*,

p. 926.] Motion of the Acting Solicitor General for divided argument granted. Motion of Ohio et al. for leave to participate in oral argument as *amici curiae*, for divided argument, and for additional time for oral argument granted to be divided as follows: petitioners, 20 minutes; respondents, 20 minutes; the Acting Solicitor General, 15 minutes; *amici curiae* Ohio et al., 15 minutes.